CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 0 7 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

ANTHONY TURNER,                )
     Plaintiff,               )     Civil Action No.7:05-cv-00725
                             )
v.                          )     __DISMISSAL ORDER__
                             )
UNITED STATES OF AMERICA,      )     By: Hon. James C. Turk
     Defendants.             )     Senior United States District Judge

In accordance with the written memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

as follows:

1.    Plaintiff's implicit request to proceed <u>in forma pauperis</u> without prepayment of the filing fee is **DENIED**; the action, construed as a civil rights complaint pursuant to 42 U.S.C. §1983, is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g); and the action is stricken from the active docket of the court.

2.    The clerk shall remove from this case file a document styled as "Motion to Eradicate 1997 Contract" and shall docket this motion in Civil Action No. 7:95-cv-01106.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This ___7th___ day of December, 2005.

_____
Senior United States District Judge